IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

Case No: 1:16-cv-437

| | |
|---|---|
| Go Aggregates, LLC, a Delaware limited liability company,<br><br>          Plaintiff,<br><br>vs.<br><br>McKenzie County, North Dakota, a political subdivision of the State of North Dakota,<br><br>          Defendant. | **STIPULATION TO AMEND SCHEDULING/DISCOVERY PLAN AND ORDER** |

\*\*\*        \*\*\*        \*\*\*

The parties, by and through their counsel of record, respectfully move this Court for an Order amending the *Scheduling/Discovery Plan and Order* filed on March 3, 2017 (Document 16). The parties hereby stipulate and agree that the following deadlines in this action should be extended:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Deadline for parties to complete fact discovery and to file discovery motions | November 1, 2017 | January 31, 2018 |
| Deadline for Plaintiff to disclose its expert witnesses and their reports | December 1, 2017 | January 31, 2018 |
| Deadline for Defendant to disclose its expert witnesses and their reports | January 2, 2018 | February 28, 2018 |
| Deadline for parties to complete discovery depositions of expert witnesses | February 1, 2018 | March 30, 2018 |
| Deadline for parties to file other dispositive motions | March 2, 2018 | April 25, 2018 |

- 2 -

| Deadline for parties to be ready to evaluate the case for settlement purposes | February 1, 2018 | March 30, 2018 |

DATE: October 10, 2017                ANDREWS KURTH KENYON LLP


                                         By /s/ James C. Bookhout
                                               Tonya M. Gray
                                               tonyagray@andrewskurth.com
                                               James C. Bookhout
                                               jamesbookhout@andrewskurth.com
                                               1717 Main Street, Suite 3700
                                               Dallas, TX 75201
                                               (214) 659-4400

                                               and

CROWLEY FLECK PLLP

                                               Brian R. Bjella (ND Bar ID #03549)
                                               bbjella@crowleyfleck.com
                                               Benjamin Sand (ND Bar ID #07981)
                                               bsand@crowleyfleck.com
                                               100 West Broadway, Suite 250
                                               P.O. Box 2798
                                               Bismarck, ND 58502-2798
                                               (701) 223-6585

                                               Attorneys for Plaintiff, Go Aggregates,
                                               LLC, a Delaware limited liability company

DATE: October 10, 2017

        By /s/ Scott K. Porsborg
            Scott K. Porsborg (ND ID No: 04904)
            sporsborg@smithporsborg.com
            Sarah E. Kuntz (ND ID No: 07822)
            skuntz@smithporsborg.com
            122 East Broadway Avenue
            McKenzie County Special Assistant
             State's Attorneys
            P.O. Box 460
            Bismarck, ND 58502-0460
            (701) 258-0630

            Attorneys for Defendant, McKenzie County

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of October, 2017, a true and correct copy of the foregoing **STIPULATION TO AMEND SCHEDULING/DISCOVERY PLAN AND ORDER** was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

| | |
|---|---|
| Brian R. Bjella | bbjella@crowleyfleck.com |
| Benjamin Sand | bsand@crowleyfleck.com |
| Attorneys at Law | |
| P.O. Box 2798 | |
| Bismarck, ND 58502-2798 | |
| | |
| Tonya M. Gray | tonyagray@andrewskurth.com |
| James C. Bookhout | jamesbookhout@andrewskurth.com |
| Attorneys at Law | |
| 1717 Main Street, Suite 3700 | |
| Dallas, TX 75201 | |

        By /s/ Scott K. Porsborg
            SCOTT K. PORSBORG