# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Go Aggregates, LLC, a Delaware limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) ) | |
| McKenzie County, North Dakota, a political subdivision of the State of North Dakota, | ) ) ) ) | Case No. 1:16-cv-437 |
| Defendant. | ) ) | |

The court held a status conference with the parties by telephone on March 29, 2018. Pursuant to its discussions with the parties, the court **ORDERS**:

1. The final pretrial conference set for September 5, 2018, shall be rescheduled for April 2, 2019, at 2:00 p.m. CDT before the undersigned by telephone. The court shall initiate the conference call.

2. The jury trial set for September 17, 2018, shall be rescheduled for April 15, 2019, at 9:00 a.m. CDT before Chief Judge Hovland. A five (5) day trial is anticipated.

3. The parties shall have until October 15, 2018, to file dispositive motions (summary judgment as to all or part of the case, including summary judgment on qualified immunity grounds).

**IT IS SO ORDERED.**

Dated this 29th day of March, 2018.

                                                */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr., Magistrate Judge
                                                United States District Court