# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Go Aggregates, LLC, a Delaware limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) ) | |
| McKenzie County, North Dakota, a political subdivision of the State of North Dakota, | ) ) ) ) | Case No. 1:16-cv-437 |
| Defendant. | ) ) | |

Before the court is a "Second Stipulation to Amend Order Adopting Stipulation" filed by the parties on April 16, 2018. The court **ADOPTS** the stipulation (Doc. No. 27) and **AMENDS** the pretrial deadlines as follows:

1. The parties shall have until June 15, 2018, to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

   a. Plaintiff by July 1, 2018; and

   b. Defendant by August 1, 2018.

   (Reports to be served on other parties, but not filed with the court.)

3. The parties shall have until August 31, 2018, to complete discovery depositions of expert witnesses.

4. The parties shall have until June 25, 2018, to file other dispositive motions (summary judgment as to all or part of the case).

1

**IT IS SO ORDERED.**

Dated this 18th day of April, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court