# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Go Aggregates, LLC, a Delaware limited liability company, | ) ) ) | |
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) ) | |
| McKenzie County, North Dakota, a political subdivision of the State of North Dakota, | ) ) ) ) ) | Case No. 1:16-cv-437 |
| Defendant. | ) | |

The Court had previously scheduled a status conference in the above-entitled action for April 4, 2019. The conference shall be rescheduled for April 23, 2019, at 3:00 pm. CDT by telephone. To participate in the conference, counsel should call the following telephone number and enter the following access code:

Tel. No.: (877) 848-7030
Access Code: 9768929

**IT IS SO ORDERED.**

Dated this 28th day of March, 2019.

                                                              */s/ Charles S. Miller, Jr.*
                                                              Charles S. Miller, Jr., Magistrate Judge
                                                              United States District Court