# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Go Aggregates, LLC, a Delaware limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) ) | |
| McKenzie County, North Dakota, a political subdivision of the State of North Dakota, | ) ) ) ) | Case No. 1:16-cv-437 |
| Defendants. | ) ) | |

On May 1, 2019, the parties filed a "Sixth Stipulation to Amend Order Adopting Stipulation" in which they agreed to extending the pretrial deadlines. The Court **ADOPTS** the parties' stipulation (Doc. No. 45) and **AMENDS** the pretrial deadlines as follows:

1. The parties shall have until October 1, 2019, to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiff by November 1, 2019; and

    b. Defendant by December 1, 2019.

3. The parties shall have until January 15, 2020, to complete discovery depositions of expert witnesses.

4. The parties shall have until October 1, 2019, to file other dispositive motions (summary judgment as to all or part of the case).

The final pretrial set for September 10, 2019, shall be rescheduled for April 13, 2020, at 2:00 p.m

1

by telephone before the Magistrate Judge.  To participate in the conference, counsel shall call the following number and enter the following access code:

    Tel. No.: (877) 810-9415

    Access Code: 8992581

The jury trial set for September 23, 2019, shall be rescheduled for April 27, 2020, at 9:00 a.m. in Bismarck (courtroom #1) before Chief Judge Hovland.  A five (5) day trial is anticipated.

    **IT IS SO ORDERED.**

    Dated this 1st day of May, 2019.

                                  */s/ Clare R. Hochhalter*
                                  Clare R. Hochhalter, Magistrate Judge
                                  United States District Court