# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Go Aggregates, LLC, a Delaware limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) ) | |
| McKenzie County, North Dakota, a political subdivision of the State of North Dakota, | ) ) ) ) ) | Case No. 1:16-cv-437 |
| Defendant. | ) | |

The court held status conference with the parties on September 23, 2019. Pursuant to its discussions with the parties, the court **AMENDS** the pretrial deadlines as follows:

1. The parties shall have until January 1, 2020, to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiff by January 15, 2020; and

    b. Defendant by February 15, 2020.

3. The parties shall have until March 1, 2020, to complete discovery depositions of expert witnesses.

4. The parties shall have until January 1, 2020, to file other dispositive motions (summary judgment as to all or part of the case).

**IT IS SO ORDERED.**

Dated this 23rd day of September, 2019.

                                             */s/ Clare R. Hochhalter*
                                             Clare R. Hochhalter, Magistrate Judge
                                             United States District Court